**George MOORE, Appellant, v. UNITED STATES OF AMERICA, Appellee.**

No. 6233.

Circuit Court of Appeals, Fifth Circuit.

Dec. 3, 1931.

J. A. Kibler and Allan V. McDonnell, both of Waco, Tex., for appellant.

John D. Hartman, U. S. Atty., of San Antonio, Tex.

PER CURIAM.

On consideration of the motion of counsel for appellant, and the consent of coun-

sel for appellee thereto, it is ordered by the court that this cause be, and it is hereby, dismissed, at the cost of appellant.